OPINION — AG — NO LICENSE, WHETHER INITIAL OR OTHERWISE, FOR THE SALE OF " NON INTOXICATING BEVERAGES " CAN LEGALLY BE GRANTED BY THE COUNTY JUDGE EXCEPT PURSUANT TO AND AFTER COMPLIANCE WITH THE PROVISIONS OF 37 O.S. 163.11 [37-163.11] (ISSUANCE OF BEER LICENSES, NOTICES GIVEN AND SHOWING OF QUALIFICATION MADE BY APPLICANT) CITE: 37 O.S. 163.11 [37-163.11] (SAM H. LATTIMORE)